PROB 12C  
(6/16)

Report Date: October 2, 2024

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 03, 2024

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Michael Jaims Wood | Case Number: 0980 2:18CR00138-TOR-4 |
| Address of Offender: ▇▇▇▇▇▇ Spokane Valley, Washington 99202 | |
| Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge | |
| Date of Original Sentence: March 14, 2019 | |
| Original Offense: | Original Offense: **Count 1**: Unlawful User of Controlled Substances in Possession of Firearms, 18 U.S.C. §§ 922(g)(3), 924 (a)(2); **Count 2**: Possession of Stolen Firearms 18 U.S.C. §§ 922 (j), 924(a)(2) |
| Original Sentence: Prison - 51 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Ian Garriques | Date Supervision Commenced: May 17, 2024 |
| Defense Attorney: Federal Defenders Office | Date Supervision Expires: May 16, 2027 |

### PETITIONING THE COURT

To issue a summons.

On May 21, 2024, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Wood, as outlined in the judgment. Mr. Wood signed a copy of the conditions acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On September 24, 2024, Michael Wood allegedly violated special condition number 3 by failing to report for phase urinalysis testing when his assigned color was identified for testing.

On September 25, 2024, this officer received notification from Pioneer Human Services (PHS) that Mr. Wood had failed to report for phase urinalysis testing on September 24, 2024, when his assigned color was identified for testing.

Prob12C
Re: Wood, Michael Jaims
October 2, 2024
Page 2

| | | |
|---|---|---|
| 2 | | **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Mr. Wood is alleged to have violated special condition number 3, by ingesting controlled substances, methamphetamine, on or about September 25, 2024.

On September 25, 2024, the offender reported to the U.S. Probation Office to meet with this officer as instructed. When questioned about his failure to report for phase urinalysis testing, Mr. Wood claimed that he arrived too late and was unable to provide.

Prior to providing a urinalysis on September 25, 2024, Mr. Wood admitted to using methamphetamine twice, most recently on September 24, 2024. Mr. Wood then was unable to provide a urine sample, and thus was considered a "stall."

On September 26, 2024, Mr. Wood reported to the United States Probation Office. He submitted to a urinalysis which returned presumptive positive for methamphetamine, which he admitted on September 25, 2024, to using methamphetamine on September 24, 2024.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/02/2024

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

Thomas O. Rice
United States District Judge

October 3, 2024
Date