PROB 12C
(6/16)

Report Date: October 21, 2024

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 21, 2024

SEAN F. MCAVOY, CLERK

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Michael Jaims Wood Case Number: 0980 2:18CR00138-TOR-4

Address of Offender: [redacted] Spokane, Washington 99205

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: March 14, 2019

Original Offense: Original Offense: Unlawful User of Controlled Substances in Possession of Firearms, 18 U.S.C. §§ 922(g)(3), 924 (a)(2);
Possession of Stolen Firearms 18 U.S.C. §§ 922 (j), 924(a)(2)

Original Sentence: Prison - 51 months; TSR - 36 months Type of Supervision: Supervised Release

Asst. U.S. Attorney: Ian Garriques Date Supervision Commenced: May 17, 2024

Defense Attorney: Federal Defenders Office Date Supervision Expires: May 16, 2027

---

### PETITIONING THE COURT

To **issue a warrant** and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on October 3, 2024.

On May 21, 2024, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Wood, as outlined in the judgment. Mr. Wood signed a copy of the conditions acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On October 14, 2024, Michael Wood allegedly violated special condition number 3 by failing to report for phase urinalysis testing when his assigned color was identified for testing.

On October 15, 2024, this officer received notification from Pioneer Human Services (PHS) that Mr. Wood had failed to report for phase urinalysis testing on October 14, 2024, when his assigned color was identified for testing.

4 **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Wood is alleged to have violated special condition number 3, by ingesting controlled substances, methamphetamine and amphetamine, on or about October 7 and 10, 2024.

On October 7, 2024, the offender reported to the U.S. Probation Office to meet with this officer as instructed. He was served with his summons at that time. He submitted to a urinalysis which returned presumptive positive for methamphetamine and amphetamine, which he denied. It was sent to the lab for confirmation. Later that same date, he sent this officer a text message stating "this is embarrassing but the only thing I did was bought sex pills from a porn store and now I am testing positive."

On October 10, 2024, Mr. Wood reported to Pioneer Human Services for his substance abuse assessment. He submitted a urinalysis which returned presumptive positive for amphetamine and methamphetamine. He signed an admission form stating he used on either October 3 or 6, 2024.

On October 14, 2024, the urinalysis from October 7, 2024, returned from the lab positive for amphetamine and methamphetamine.

5 **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Wood is alleged to have violated special condition number 3, by ingesting controlled substances, methamphetamine and amphetamine, on or about October 16, 2024.

On October 16, 2024, the offender reported to the U.S. Probation Office. He submitted to a urinalysis which returned presumptive positive for methamphetamine and amphetamine, He signed an admission form stating last use on October 13, 2024.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/21/2024

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Thomas O. Rice
United States District Judge

October 21, 2024

Date