PROB 12C
(6/16)

Report Date: December 6, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 06, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | | |
|---|---|---|
| Name of Offender: Michael Jaims Wood | | Case Number: 0980 2:18CR00138-TOR-4 |
| Address of Offender: ████████████████, Spokane, Washington 99205 | | |
| Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge | | |
| Date of Original Sentence: March 14, 2019 | | |
| Original Offense: | Count 1: Unlawful User of Controlled Substances in Possession of Firearms, 18 U.S.C. §§ 922(g)(3), and 924 (a)(2); Count 2: Possession of Stolen Firearms 18 U.S.C. §§ 922 (j), and 924 (a)(2) | |
| Original Sentence: | Prison - 51 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Timothy J. Ohms | Date Supervision Commenced: May 17, 2024 |
| Defense Attorney: | Adrien Lindsay Fox | Date Supervision Expires: May 16, 2027 |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on October 3 and 21, 2024.

On May 21, 2024, an officer with the U.S. Probation Officer in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Wood, as outlined in the judgment. Mr. Wood signed a copy of the conditions acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition #3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court. |
| | **Supporting Evidence**: Michael Wood allegedly violated mandatory condition number 3 by ingesting controlled substances, cocaine, on or about November 19, 2024. |
| | On December 2, 2024, the undersigned officer received notification from a counselor at American Behavioral Health Systems (ABHS) that Mr. Wood submitted a random urinalysis on November 19, 2024, that returned from the lab positive for cocaine. Mr. Wood has denied use. |

Prob12C
**Re: Wood, Michael Jaims**
**December 6, 2024**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   12/06/2024

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition
      with the other violations pending before the Court.
[X]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[X]   Other : At this time, a Final Revocation Hearing
      is set for 2/19/2025 at 1:30 PM in Spokane Courtroom 902

Thomas O. Rice
United States District Judge

December 6, 2024
Date