PROB 12C  
(6/16)

Report Date: December 27, 2024

# United States District Court

#### for the

#### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 30, 2024

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Michael Jaims Wood | Case Number: 0980 2:18CR00138-TOR-4 |

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, Spokane, Washington 99205

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: March 14, 2019

| | |
|---|---|
| Original Offense: | Count 1: Unlawful User of Controlled Substances in Possession of Firearms, 18 U.S.C. §§ 922(g)(3), 924 (a)(2); <br> Count 2: Possession of Stolen Firearms 18 U.S.C. §§ 922 (j), 924 (a)(2) |
| Original Sentence: | Prison - 51 months; TSR - 36 months |
| Asst. U.S. Attorney: | Earl Allan Hicks |
| Defense Attorney: | Adrien Lindsay Fox |

Type of Supervision: Supervised Release

Date Supervision Commenced: May 17, 2024

Date Supervision Expires: May 16, 2027

---

### PETITIONING THE COURT

**To issue a WARRANT** and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 10/03/2024, 10/21/2024 and 12/06/2024.

On May 21, 2024, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Wood, as outlined in the judgment. Mr. Wood signed a copy of the conditions acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. <br><br> **Supporting Evidence**: Michael Wood allegedly violated special condition number 3 by ingesting controlled substances, methamphetamine and amphetamine, on or about December 16, 2024. <br><br> On December 16, 2024, Mr. Wood reported to the probation office following his release from inpatient treatment at American Behavioral Health Systems (ABHS). Mr. Wood |

successfully completed inpatient treatment at ABHS on December 13, 2024. Mr. Wood submitted to a urinalysis, which returned presumptive positive for methamphetamine and amphetamine. Mr. Wood denied use. The urine sample was sent to the lab for confirmation. On December 26, 2024, Mr. Wood later admitted to consuming methamphetamine, stating, "If the cup was positive then yeah it's probably positive."

The urinalysis results from December 16, 2024, are still pending from the lab.

8   **Special Condition #2**: You must undergo a substance abuse evaluation and, if indicated by a license/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer.

**Supporting Evidence**: Michael Wood allegedly violated special condition number 2 by failing to attend his scheduled intensive outpatient treatment (IOP) session at Pioneer, on or about December 20, 2024.

On December 20, 2024, the undersigned received notification that Mr. Wood was a no show, no call, for his scheduled IOP session at Pioneer. He stated, "I over slept," when the undersigned contacted the offender to question why he missed his IOP session.

9   **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Michael Wood allegedly violated special condition number 3 by ingesting controlled substances, methamphetamine, on or about December 24, 2024.

On December 26, 2024, Mr. Wood reported to the United States Probation Office. He submitted a urinalysis sample that tested presumptive positive for methamphetamine. He admitted last using methamphetamine on December 24, 2024. After further questioning about his use, he later admitted to using on December 16, 2024, stating, "If the cup was positive then it will probably come back positive."

The U.S. Probation Office respectfully recommends the Court incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and the Court **issue a WARRANT.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   December 27, 2024

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

Prob12C
**Re: Wood, Michael Jaims**
**December 27 , 2024**
**Page 3**

THE COURT ORDERS

- [ ]   No Action
- [ ]   The Issuance of a Warrant
- [ ]   The Issuance of a Summons
- [X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ]   Defendant to appear before the Judge assigned to the case.
- [X]  Defendant to appear before the Magistrate Judge.
- [X]  Other: The Revocation of Supervised Release Hearing scheduled for 2/19/2025 remains set.

Thomas O. Rice
United States District Judge

December 30, 2024

Date