PROB 12C
(6/16)

Report Date: January 2, 2025

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jan 06, 2025**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Michael Jaims Wood | Case Number: 0980 2:18CR00138–TOR-4 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99205 | |
| Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge | |
| Date of Original Sentence: March 14, 2019 | |
| Original Offense: | Count 1: Unlawful User of Controlled Substances in Possession of Firearms, 18 U.S.C. §§ 922(g)(3), and 924 (a)(2);<br>Count 2: Possession of Stolen Firearms 18 U.S.C. §§ 922 (j), and 924 (a)(2) |
| Original Sentence: Prison - 51 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Earl A. Hicks | Date Supervision Commenced: May 17, 2024 |
| Defense Attorney: Adrien Lindsay Fox | Date Supervision Expires: May 16, 2027 |

## PETITIONING THE COURT

**To issue a WARRANT** and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 10/03/2024, 10/21/2024, 12/06/2024 and 12/30/2024.

On May 21, 2024, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Wood, as outlined in the judgment. Mr. Wood signed a copy of the conditions acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 10 | **Special Condition # 3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On December 31, 2024, Michael Wood allegedly violated special condition number 3 by failing to report for phase urinalysis testing when his assigned color was identified for testing.<br><br>On January 2, 2025, this officer received notification from Pioneer Human Services (PHS) that Mr. Wood failed to report for phase urinalysis testing on December 31, 2024, when his assigned color was identified for testing. |

Prob12C
Re: Wood, Michael Jaims
January 2, 2025
Page 2

| | | |
|---|---|---|
| | 11 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: Michael Wood allegedly violated special condition number 3 by ingesting controlled substances, methamphetamine, on or about January 1, 2025.

On January 2, 2025, Mr. Wood reported to the United States Probation Office. He submitted a urinalysis sample that tested presumptive positive for methamphetamine. He admitted last using methamphetamine on January 1, 2025. After further questioning about his use, he admitted to using every 2 or 3 days.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/02/2025

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

---

## THE COURT ORDERS

- [ ] No Action
- [X] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

Thomas O. Rice
United States District Judge

January 6, 2025
Date