PROB 12C
(6/16)

Report Date: June 16, 2025

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 17, 2025

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Michael Jaims Wood | Case Number: 0980 2:18CR00138-TOR-4 |
| Address of Offender: ███████████, Spokane, Washington 99202 | |
| Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge | |
| Date of Original Sentence: March 14, 2019 | |
| Original Offense: | Unlawful User of Controlled Substances in Possession of Firearms, 18 U.S.C. §§ 922 (g)(3), and 924 (a)(2); Possession of Stolen Firearms 18 U.S.C.§§ 922 (j), and 924 (a)(2) |
| Original Sentence: Prison - 51 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (February 19, 2025) Prison- 84 days TSR- 24 months | |
| Asst. U.S. Attorney: Earl A. Hicks | Date Supervision Commenced: April 10, 2025 |
| Defense Attorney: Federal Public Defender | Date Supervision Expires: April 9, 2027 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/13/2025.

On April 15, 2025, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Wood, as outlined in the judgment. Mr. Wood signed a copy of the conditions acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged that Mr. Wood violated the terms of his supervised release by ingesting methamphetamine on or about June 14, 2025. |

Prob12C
**Re: Wood, Michael Jaims**
**June 16, 2025**
**Page 2**

On June 16, 2025, the undersigned was notified by a mental health clinician at Pioneer Human Resources (PHS) that Mr. Wood reported for his mental health assessment. Due to his concerning behavior and appearing to be under the influence, his mental health assessment was cut short. He was instructed to report to the United States Probation Office.

Mr. Wood reported to the United States Probation Office. A United States Probation Officer observed Mr. Wood's behavior to be odd and he seemed to be under the influence. He was questioned if he had used any controlled substances. Mr. Wood advised he used methamphetamine on Saturday, June 14, 2025, and signed an admission form. He was subsequently arrested by the U.S. Marshals on the outstanding federal warrant.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   June 16, 2025

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Thomas O. Rice
United States District Judge
June 17, 2025
Date