PROB 12C
(6/16)

Report Date:  April 20, 2026

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 20, 2026

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Michael Jaims Wood                Case Number: 0980 2:18CR00138-TOR-4

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: March 14, 2019

| | | |
|---|---|---|
| Original Offense: | Unlawful User of Controlled Substances in Possession of Firearms, 18 U.S.C. § 922(g)(3), 924(a)(2)<br>Possession of Stolen Firearms, 18 U.S.C. §§ 922(j), 924(a)(2) | |
| Original Sentence: | Prison - 51 Months;<br>TSR - 36 Months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(February 19, 2025) | Prison - 113 Days;<br>TSR - 24 Months | |
| Revocation Sentence:<br>(July 23, 2025) | Prison - 10 Months;<br>TSR - 22 Months | |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: April 15, 2026 |
| Defense Attorney: | Adrien Lindsay Fox | Date Supervision Expires: February 14, 2028 |

## PETITIONING THE COURT

To issue a warrant.

On April 15, 2026, Mr. Wood signed his conditions relative to case number 2:18CR00138-TOR-4 indicating that he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 2**: You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility. |

**Supporting Evidence**: Mr. Wood is alleged to have violated special condition number 2, by being unsuccessfully discharged from the Spokane RRC on or about April 17, 2026, due to aggressive behavior directed at staff.

**Prob12C**
**Re: Wood, Michael Jaims**
**April 20, 2026**
**Page 2**

Specifically, on April 17, 2026, the undersigned officer received notification from Mr. Wood, who indicated that he was likely to be "kicked out" of the Spokane RRC after yelling at staff and having "freaked out" in response to staff being "petty." The undersigned officer expressed concern, considering that he had just began supervised release 2 days prior on April 15, 2026. The undersigned officer encouraged the subject to apologize to staff. Mr. Wood responded "It is what it is these people are disrespectful and I am not going to take that from anyone I'm over this place I did my time and don't need to be treated like this at all I got treated better in prison." The subject denied threatening staff, although indicated that he did inform staff to "make me go to my room."

At 6:39 p.m. the undersigned officer contacted Mr. Wood telephonically in an attempt to de-escalate the situation, although Mr. Wood remained frustrated during the call, justifying his behavior by indicating that he would not tolerate such a level of disrespect from anyone, to include the undersigned officer or the Court.

The undersigned officer subsequently received notification from Spokane RRC key staff, indicating their need to discharge the subject due to ongoing aggression directed toward staff. The key staff member provided a written statement from staff, detailing their attempt to address the subject's having traveled the facility interior stairs in a disruptive manner. Mr. Wood responded to staff stating "Fuck you, I'll walk how I want." Mr. Wood continued to be disruptive and was directed to return to his pod within the building. Mr. Wood responded "Fuck you, no. Come out here and make me. I'll fuck you up bitch." The directive was repeated, and as he was walking away Mr .Wood stated "I'll fuck everyone in here up, fuck you guys."

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on: | April 20, 2026 |
|---|---|
| | s/ Chris Heinen |
| | Chris Heinen
U.S. Probation Officer |

**Prob12C**
**Re: Wood, Michael Jaims**
**April 20, 2026**
**Page 3**

THE COURT ORDERS

[ ]   No Action
⊠   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
⊠   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

JApril 20, 2026
_____
Date